UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GABRIEL GUERRERO-MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | No.  2:23-cv-3005 KJN P<br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner did not file an application to proceed in forma pauperis or pay the court's filing fee.  Petitioner does not identify where he was convicted.

Petitioner is incarcerated in Lompoc, California.  Court records confirm petitioner was not convicted in the Eastern District of California.[1]  Lompoc County is in an area embraced by the United States District Court for the Central District of California.

Pursuant to 28 U.S.C  § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state

---

[1] A court may take judicial notice of court records.  See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).

1

prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: January 3, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/guer3005.108b

2